## THOMAS BORLASE, RESPONDENT, *v.* HELEN M. MORGAN AND OTHERS, APPELLANTS.

## WILLIAM BAILEY, APPELLANT, *v.* SIDNEY STEVENS AND OTHERS, RESPONDENTS.

APPEAL.—DISMISSAL.—FAILURE TO FILE TRANSCRIPT.—These cases dismissed on the authority of the preceding case.

The first case was an appeal from the district court of the third district, Hon. Charles S. Zane, judge. The fact was that no transcript of the record was filed in the supreme court, and there was the certificate of the clerk of the lower court to the taking of the appeal.

*Mr. T. Ellis Browne* appeared for the respondent, but there was no appearance against the motion to dismiss.

The second case was an appeal from the district court of the fourth district. The facts were as in the preceding case.

*Messrs. Lessinger and Beckwith,* for the appellant.

*Messrs. Breeden and Gunnell,* for the respondents.

It was ordered that both cases be dismissed in accordance with rules three and four.